AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

SOUTHERN            DISTRICT OF            TEXAS

McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 3 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA

V.

Jose Luis ALVARADO-Sanchez

**CRIMINAL COMPLAINT**

AKA:

IAE            YOB: 1990
**Mexico**

(Name and Address of Defendant)

**Case Number:    M-19-3133-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about ____November 27, 2019____ in ____Hidalgo____ County, in

the _____Southern_____ District of _____Texas_____ defendants(s) did,
(*Track Statutory Language of Offense*)

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title ____8____ United States Code, Section(s) ____1326(a)(b)____ ____(Felony)____
I further state that I am a(n) ____Deportation Officer____ and that this complaint is based on the
following facts:

On November 27, 2019, Jose Luis ALVARADO-Sanchez a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on December 22, 2019. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on May 16, 2018 via Laredo, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On February 10, 2016, the defendant was convicted of 8 USC 1326, being found in the United States after previous deportation and sentenced to twenty-one (21) months to the custody of the United States Bureau of Prisons.

Continued on the attached sheet and made a part of this complaint:       ☐ Yes   ☒ No

Complaint approved by AUSA *Robert Guerra*

Signature of Complainant

**Arnulfo Rodriguez            Deportation Officer**
Printed Name and Title of Complainant

Sworn to before me and subscribed in my presence,

**December 23, 2019**            9:02 a.m.        at    **McAllen, Texas**
Date                                                    City and State

**Peter E. Ormsby**            **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer